**Opinion issued September 30, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00520-CV

_____

## IN RE QUINN EMANUEL URQUHART & SULLIVAN, LLP., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Quinn Emanuel Urquhart & Sullivan, LLP., has filed a petition for writ of mandamus, requesting that we issue a writ of mandamus directing the trial

court to vacate its June 9, 2025 order that denied Quinn Emanuel's Motion to Quash and for Protective Order and compelled the deposition of John Quinn.[1]

Relator has now filed an Unopposed Motion for Voluntary Dismissal of its petition for writ of mandamus, stating that "[t]he parties have settled the underlying litigation rendering this mandamus action concerning discovery moot." *See In re Jackson*, No. 01-12-00020-CV, 2012 WL 405707, at \*1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) (dismissing mandamus petition as moot after relator received relief requested). Relator's motion includes a certificate of conference and a certificate of service, and no party has opposed the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we grant the motion and dismiss the petition for writ of mandamus. We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *Quinn Emanuel Urquhart & Sullivan, LLP., v. Jack Stephens Pursley*, cause number 2018-19781, pending in the 157th District Court of Harris County, the Honorable Tanya Garrison presiding.